McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> JAVIER JIMENEZ ALVAREZ, ET AL., <br><br> Defendant. | CASE NO. 1:18-CR-00247 LJO SKO <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 8, 2018, charging the above defendant with a violations of 18 U.S.C. § 1349-Conspiracy to Commit Wire and Mail Fraud, 18 U.S.C. § 1341-Mail Fraud, 18 U.S.C. § 1343-Wire Fraud; 18 U.S.C. § 1956(h)-Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)-Money Laundering and a Criminal Forfeiture count be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the

1 Indictment or any warrants issued pursuant thereto, except when necessary for the
2 issuance and execution of the warrants.

3 DATED: November 8, 2018                        Respectfully submitted,

                                                 McGREGOR W. SCOTT
                                                 United States Attorney

                                         By      /s/ MARK J. McKEON
                                                 MARK J. McKEON
                                                 Assistant U.S. Attorney


   IT IS SO ORDERED.

   Dated: November 8, 2018

                                                 HONORABLE S~~TANLEY A. BOONE~~  SHEILA K. OBERTO
                                                 U.S. Magistrate Judge

Motion to Seal Indictment                        2