HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JENNIFER ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:18-cr-0247 LJO - SKO |
| *Plaintiff,* | ) |
| v. | ) WAIVER OF DEFENDANT'S PERSONAL |
| JENNIFER ALVAREZ, | ) PRESENCE; ORDER ) THEREON |
| *Defendant.* | ) |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Jennifer Alvarez, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

///

DATED: November 28, 2018  /s/ Jennifer Alvarez
JENNIFER ALVAREZ
Defendant

DATED: November 28, 2018  /s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for JENNIFER ALVAREZ

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **November 29, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

Alvarez: Rule 43 Waiver