McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-CR-00247 LJO SKO |
| Plaintiff, | **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS** |
| v. | |
| JAVIER JIMENEZ ALVAREZ et al., | |
| Defendant. | |

WHEREAS, the discovery in this case is expected to contain a large amount of proprietary, personal and confidential information including, but not limited to, Social Security numbers, dates of birth, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

Therefore, Defendants JAVIER JIMENEZ ALVAREZ, CRESELDA ANN

PEREZ, GUILLERMINA ALVAREZ and JENNIFER ALVAREZ, by and through their counsel of record ("Defense Counsel"), and the United States of America ("Government"), by and through Assistant United States Attorney Christopher D. Baker, hereby agree and stipulate as follows:

1.   This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.   This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case, and documents produced subsequent to the date of entry of this Order (hereafter, collectively known as the "discovery").

3.   By signing this Stipulation and Protective Order, Defense Counsel agree not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendants to view unredacted documents in the presence of their attorneys, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendants to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendants with copies of documents from which Protected Information has been redacted.

4.   The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the

1  property of the Government.  Defense Counsel will return the

2  discovery to the Government or certify that it has been destroyed

3  at the conclusion of the case.

4      5.   Defense Counsel will store the discovery in a secure

5  place and will use reasonable care to ensure that it is not

6  disclosed to third persons in violation of this agreement.

7      6.   Defense Counsel shall be responsible for advising the

8  Defendants, employees, and other members of the defense team, and

9  defense witnesses of the contents of this Stipulation and Order.

10     7.   In the event that any Defendant substitutes counsel,

11 undersigned Defense Counsel agrees to withhold discovery from new

12 counsel unless and until substituted counsel agrees also to be

13 bound by this Order.

14     IT IS SO STIPULATED.

15 DATED: December 3, 2018          McGREGOR W. SCOTT
                                  United States Attorney
16

17                           By: /s/ Christopher D. Baker
                                 CHRISTOPHER D. BAKER
18                               Assistant U.S. Attorney

19

20 DATED: _____      By: _____
                                    NICHOLAS REYES
21                                  Attorney for Defendants
                                    Javier Jimenez Alvarez and
22                                  Guillermina Alvarez

23

24
   DATED: _____      By: _____
25                                  PEGGY SASSO
                                    Attorney for Defendant
26                                  Jennifer Alvarez

27

28

1  DATED: _____          By: _____

2                                        Attorney for Defendant
                                         Creselda Ann Perez
3

4
   IT IS SO ORDERED.
5

6     Dated:  **December 3, 2018**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28