PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00247-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JAVIER JIMENEZ ALVAREZ, CRESELDA ANN PEREZ, GUILLERMINA ALVAREZ, AND JENNIFER ALVAREZ, | DATE: September 29, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on September 29, 2021.

2. By this stipulation, defendants now move to continue the status conference until November 17, 2021, and to exclude time between September 29, 2021, and November 17, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, financial records, and surveillance footage and exceeds 33,000 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to consult with their clients, review

current charges, conduct investigation, and discuss potential resolutions with their clients.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 29, 2021 to November 17, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 22, 2021                      PHILLIP A. TALBERT
                                                       Acting United States Attorney

                                                       /s/ VINCENTE A. TENNERELLI
                                                       VINCENTE A. TENNERELLI
                                                       Assistant United States Attorney

| | |
|---|---|
| Dated:  September 22, 2021 | /s/ NICHOLAS F. REYES <br> NICHOLAS F. REYES <br> Counsel for Defendants <br> JAVIER JIMENEZ ALVAREZ and <br> GUILLERMINA ALVAREZ |
| Dated:  September 22, 2021 | /s/ DAVID A. TORRES <br> DAVID A. TORRES <br> Counsel for Defendant <br> CRESELDA ANN PEREZ |
| Dated:  September 22, 2021 | HEATHER E. WILLIAMS <br> Federal Defender <br><br> /s/ CHARLES J. LEE <br> CHARLES J. LEE <br> Assistant Federal Defender <br> Counsel for Defendant <br> JENNIFER ALVAREZ |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

DATED:  9/23/2021

*/s/ Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE