PHILLIP A. TALBERT
Acting United States Attorney
MARK J. McKEON
VINCENTE A, TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER ALVAREZ,<br><br>Defendant. | Case No 1:18-cr-00247-NONE<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Mark J. McKeon and Vincente A. Tennerelli, Assistant U.S. Attorneys, hereby moves to dismiss Count 26 [18 U.S.C. § 1956(h) – Conspiracy to Launder Money], Counts 27 through 33 [18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering], and the forfeiture allegation of the Indictment, Case No. 1:18-cr-00247-NONE, against Jennifer Alvarez only, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  This motion does not seek dismissal as to any other defendant charged in the Indictment.

DATED: December 20, 2021          Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  Acting United States Attorney

                          By:     /s/ Mark J. McKeon
                                  MARK J. McKEON
                                  Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Count 26 [18 U.S.C. § 1956(h) – Conspiracy to Launder Money], Counts 27 through 33 [18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering], and the forfeiture allegation of the Indictment, Case No. 1:18-cr-00247-NONE, against Jennifer Alvarez only, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 20, 2021**                    _/s/ Dale A. Drozd_
                                                                    UNITED STATES DISTRICT JUDGE