HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES LEE, Bar #221057
PEGGY SASSO, Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JENNIFER ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00247-DAD-SKO |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR RETURN OF PASSPORT; ORDER |
| JENNIFER ALVAREZ, | |
| Defendant. | |

Defendant, by her attorneys, hereby moves the Court for an Order directing the Clerk of this Court to return defendant's Passport as it no longer needs to be held as a condition of pretrial release.

In support of this request, the defendant offers the following:

1. On November 28, 2018, Ms. Alvarez was released on the instant case on a number of pretrial conditions, including surrendering her passport.  *See* Dkt. #20, 21.

2. The Court received Ms. Alvarez's passport, "Passport Number 486571753" on November 30, 2018.  Dkt. #24.

3. On December 21, 2021, Judge Drozd signed the order dismissing all counts as to defendant Jennifer Alvarez.  Dkt. #125.

4. As there are no further conditions for Ms. Alvarez to fulfill as all her charges have now been dismissed, she requests the return of her passport.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 21, 2021

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
JENNIFER ALVAREZ

## ORDER

IT IS SO ORDERED that Defendant JENNIFER ALVAREZ'S Passport shall be returned to the defendant forthwith.

Date: 12/21/2021

*Sheila K. Oberto*
SHEILA K. OBERTO
United States Magistrate Judge

Alvarez: Motion for Return of Passport          -2-